UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| PETER DEMETRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:25-cv-00015-RLY-CSW |
| ) | |
| WILLIAM CANFIELD Sergeant, ) | |
| JOSHUA SMITH Captain, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON DEFENDANTS' MOTION TO EXCUSE ATTENDANCE**

Now before the Court is Defendants' *Motion to Excuse Defendants From Settlement Conference.* (Dkt. 52). The Motion is hereby deemed **MOOT**.

This Court's February 13, 2026, Order (Dkt. 55) vacated the scheduled Settlement Conference. A **Telephonic Status Conference** is set for **May 12, 2026, at 10:00 am Evansville time (CST).** The parties will discuss rescheduling the Settlement Conference during the Telephonic Status Conference.

Though the *Motion* is moot, Defendants, William Canfield and Joshua Smith, will be permitted to be absent from any future scheduled settlement conference, provided that a fully authorized representative from the Indiana Department of Correction is in attendance with counsel for Defendants.

**SO ORDERED.**

Date: February 17, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically via ECF to counsel of record.